22, 1908.) Action by Vincenzo Trotto against the Bellew & Merritt Company. No opinion. Motion denied. See, also, 111 N. Y. Supp. 533.

In re TRUSTEES OF VILLAGE OF WHITE PLAINS. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) In the matter of the application of the trustees of the village of White Plains to condemn land for sewerage purposes. No opinion. Motion granted. Settle order before Mr. Justice Miller, and submit proof showing the services of the commissioners and the stenographer. See, also, 124 App. Div. 1, 108 N. Y. Supp. 596.

TUCKER, Respondent, v. NEW YORK CITY R. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by James W. Tucker against the New York City Railroad Company. W. H. Wood, for appellant. W. C. Reddy, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

TURIN CEMETERY, Respondent, v. BARNES, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) In the matter of the petition of the Turin Cemetery against Mary A. Barnes, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

VALENTINE v. WOODS. (Supreme Court, Appellate Division, First Department, October 16, 1908.) Action by Mary D. Valentine against Albert H. Woods. No opinion. Application denied, with $10 costs. Order signed. See, also, 59 Misc. Rep. 471, 110 N. Y. Supp. 990.

VAN BEUREN & N. Y. BILLPOSTING CO., Respondent, v. CUNNINGHAM et al., Appellants. SAME v. KENNEY et al. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Actions by the Van Beuren & New York Billposting Company against Harry T. Cunningham and others, and against one Kenney and others. G. H. D. Foster, for appellants. L. W. Trowbridge, for respondent. No opinions. Orders affirmed, with $10 costs and disbursements in each case. Orders filed.

VAN FLEET v. NEW ERA CONST. CO. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Wilbur Van Fleet against the New Era Construction Company. No opinion. Motion denied.

VATAKS, Respondent, v. SIMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Milton Vataks against William Simpson. No opinion. Order of the Municipal Court affirmed, with costs.

VERGESSLICH v. HEIMERDINGER. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Samuel H. Vergesslich against George C. Heimerd-

inger. No opinion. Motion denied, with $10 costs. Order filed.

VIELE, Respondent, v. McLEAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Platt B. Viele against Hector McLean and another. No opinion. Interlocutory judgment affirmed, with costs.

VILLAGE OF WAVERLY v. WAVERLY WATER CO. et al. (Supreme Court, Appellate Division, Third Department. October 2, 1908.) Action by the village of Waverly against the Waverly Water Company and others. No opinion. Motion for leave to appeal to Court of Appeals granted, and question certified as follows: Is the petition sufficient in law to authorize the granting of the relief asked for? See, also, 111 N. Y. Supp. 541.

VINT, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by David Vint, as administrator, etc., of John R. Vint, deceased, against the Coney Island & Brooklyn Railroad Company. No opinion. Order unanimously affirmed, with costs.

VITOLO, Respondent, v. LEVISON et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Giacchino Vitolo against Isaac Levison and another. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

WADDILL, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by George E. Waddill against the New York City Railway Company. B. H. Ames, for appellant. J. B. Sheehan, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $2,500, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

WALAIKO, Appellant, v. LAWRENCE, Respondent. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Charles Walaiko against August Lawrence. No opinion. Judgment of the Municipal Court affirmed, with costs.

WARRILLOW, Appellant, v. BIDWELL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Alfred A. Warrillow against Frank S. Bidwell, as executor, etc. No opinion. Order affirmed, with costs.

In re WATER SUPPLY IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) In the matter of the application of the city of New York to acquire certain real estate at Massapequa, in the towns of Hempstead and Oyster